**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE**

**CASE NO.:**

**YOLANDA WOODS,
AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF ALTERIA WOODS,**

**V.**

**CHRISTOPHER REEVE, PAT WHITE,
AND RICK SARCINELLO,
IN THEIR INDIVIDUAL CAPACITIES,**

    **Defendants.**
_____/

**SUMMONS IN A CIVIL ACTION**

**TO:**   **RICK SARCINELLO
Indian River Shores Police
6001 N A1A
Indian River Shores, FL 32964**

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MARY SHERRIS, ESQUIRE**
Florida Bar Number: 0138134
Sherris Legal, P.A.
121 South Orange Avenue, Suite 1270
Orlando, FL  32801

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____

_____
*Signature of Clerk or Deputy Clerk*
